DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MACPHONIA JONES,**
Appellant,

v.

**DAYNA MARIE JONES,**
Appellee.

No. 4D16-4059

[July 20, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Arthur M. Birken, Judge; L.T. Case No. DVCE16008693.

Macphonia Jones, Margate, pro se.

Laura M. Arcaro of Arcaro Law Group, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***